IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREA PADLEY                         *
                                      *
v.                                    *       Civil No. CCB-12-890
                                      *
SUNTRUST MORTGAGE, INC.               *
                                      *
                                      *
                                   ******

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that:

1. Defendant's motion to dismiss (ECF No. 9) is GRANTED;

2. Judgment is entered in favor of the defendant; and

3. The Clerk shall CLOSE this case.

February 13, 2013                              _____/s/_____
Date                                           Catherine C. Blake
                                               United States District Judge